## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Gloria Morales
         Plaintiff,

v.               Case No.: 1:16−cv−09683
               Honorable Virginia M. Kendall

Novation Industries, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 28, 2017:

  MINUTE entry before the Honorable Virginia M. Kendall. Status hearing held on 6/28/2017. Pursuant to settlement, case is dismissed without prejudice with leave to reinstate until 8/9/2017 at which time the dismissal will convert to to a dismissal with prejudice. Civil case terminated. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.